```
IRA LESHIN, State Bar No. 139768
LAW OFFICES OF IRA LESHIN
580 California Street, 16th Floor
San Francisco, CA 94104
(415) 398-3950

SHELLEY S. BUCHANAN
Attorney At Law
912 Cole Street, PMB #120
San Francisco, CA  94117
State Bar Number 178779
(415) 566-3526

Attorneys for Plaintiff
ROBERT MARSILI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT MARSILI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF VETERANS AFFAIRS and Does 1 to 50, inclusive,<br><br>    Defendants. | Case No. C 10-1164 JW<br><br>STIPULATION FOR REFERRAL TO COURT-SPONSORED ADR - MEDIATION; [PROPOSED] ORDER |

    The parties, jointly through counsel, stipulate as follows:

    This is a medical malpractice by the above-named Plaintiff against the above-named Defendant for recovery of damages.

    The parties desire to attempt to resolve this dispute by utilizing the Court's ADR program. Specifically, they would like to participate in mediation.

    THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request that the Court enter the proposed Order attached hereto, referring this case to the Court-Sponsored ADR

program for mediation as soon as is practicable.

                                                Respectfully submitted,

Dated: January 25, 2011

                                                /s/ Shelley S. Buchanan

                                                SHELLEY S. BUCHANAN,
                                                Attorney for Plaintiff
                                                ROBERT MARSILI

Dated: January 25, 2011                       UNITED STATES ATTORNEY

                                                /s/ James A. Scharf

                                                JAMES A. SCHARF,
                                                Attorney for Defendant
                                                UNITED STATES OF AMERICA

2.

Stipulation for Referral to Court-Sponsored ADR - Mediation; [Proposed] Order
Case No. C 10-1164 JW

# ~~PROPOSED~~ ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES**, this Court hereby **ORDERS** that this matter be referred to the Court-sponsored ADR Program for mediation, to be conducted as soon as is practicable within the next 90 days.

Dated: January 28, 2011

_____
HONORABLE JAMES WARE
United States District Chief Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Shelley S. Buchanan, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of January, 2011, at San Francisco, California.

/s/ Shelley S. Buchanan
_____
SHELLEY S. BUCHANAN