1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
5  Telephone: 408-535-5044
   Fax: 408-535-5081
6
   Attorneys for Defendant
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11  ROBERT MARSILI,                  )   STIPULATION AND [~~PROPOSED~~]
                                     )   ORDER TO VACATE ALL CASE
12                                   )   MANAGEMENT DATES AND CUTOFFS
                                     )
13         Plaintiff,                )   Case No. C 10–1164 EJD
           v.                        )
14                                   )
    UNITED STATES OF AMERICA,        )
15                                   )
           Defendant.                )
16  _____)

17

18         Whereas, this case has settled in its entirety pursuant to the Stipulation for Compromise

19  Settlement and Release and Order filed June 6, 2011, Document 37;

20         Whereas, defense counsel will now promptly order the settlement check, which may take

21  60 days or more to receive;

22         Whereas, the parties will file a dismissal with prejudice pursuant to settlement within 5

23  business days of receipt by plaintiff's attorney of the settlement check.

1   Therefore, the parties jointly request the Court to vacate all case management dates and
2   cutoffs, including the July 22, 2011, Case Management Conference.

4   Respectfully submitted,

6   Dated: June 7, 2011                              /S/
7                                                   JAMES A. SCHARF
                                                    Assistant United States Attorney
                                                    Attorney for Defendant

8   Dated: June 7, 2011                              /S/
9                                                   SHELLEY S. BUCHANAN
                                                    Attorney for Plaintiff

12  Good cause appearing, IT IS SO ORDERED.

14  Dated: June  8 , 2011                           _____
                                                    Hon. Edward J. Davila
                                                    United States District Court Judge