MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
james.scharf@usdoj.gov

Attorneys for Defendant

IT IS SO ORDERED
Judge Edward J. Davila
7/28/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT MARSILI,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendants. | No. C 10-1164 EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

   Plaintiff and defendant, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation for Compromise Settlement and Release and Order previously filed in this action.

   The Clerk shall close this file.

   Dated:   July 25, 2011              /S/
                                      SHELLEY S. BUCHANAN
                                      Attorney for Plaintiff

   Dated:   July 25, 2011         MELINDA HAAG
                                  United States Attorney


                                  By:        /S/
                                      JAMES A. SCHARF
                                      Assistant United States Attorney
                                      Attorney for Defendant